Commonwealth *v.* Burgess, Appellant.

Submitted September 9, 1968. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Henry T. Crocker, Richard A. Devlin* and *William T. Nicholas,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Canty, Appellant.

Submitted September 9, 1968. *Abraham J. Brem Levy,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.